UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK KNISLEY,<br><br>    Petitioner,<br><br>    v.<br><br>P. L. VASQUEZ, and BILL LOCKYER,<br><br>    Respondents. | No. CV 06-6438 GAF (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto.  Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

IT IS ORDERED that petitioner's Rule 60(b) Motion is denied.

DATED: May 15, 2013

_____
GARY A. FEESS
United States District Judge